IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE J. WEBB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JARED BLUMENFELD, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 05-04799 CRB<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action as a pro se plaintiff. The Court is in receipt of plaintiff's letter, dated March 1, 2006, seeking a continuance so that she may search and retain an attorney. As it appears plaintiff is making a good faith effort to retain an attorney, the Case Management Conference scheduled for March 31, 2006 is continued to Friday, June 9, 2006 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: March 6, 2006

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4799\orderrecmc.wpd